UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RORY L WANSTRATH,<br><br>Defendant. | CVB Case No. 9:26-po-05036-KLD<br><br>Ticket No. F0I60012<br><br>Location Code: M2<br><br>Disposition Code:  NC |

### JUDGMENT IN A CRIMINAL CASE

On March 5, 2026, Defendant, RORY L WANSTRATH, appeared before the Court for an initial appearance on the above-referenced violation notice charging MISCELLANEOUS GENERAL OFFENSES, OTHER. At that time, the Government moved to dismiss violation No. F0I60012.

Having considered the Government's motion, and good cause appearing, IT IS HEREBY ORDERED that the Government's Motion to Dismiss Violation No. F5479286 is GRANTED, and the charge set forth in the violation notice is DISMISSED.

Dated this 17th day of March, 2026.

Kathleen L. DeSoto
United States Magistrate Judge